472 A.2d 243

Commonwealth v. Bazemore, Appellant.

Submitted October 19, 1983. Leslie Levi Payton, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.

---

472 A.2d 243

Commonwealth v. Beckett, Appellant.

Submitted January 19, 1984. Kimberly Hamilton, Assistant Public Defender, for appellant; Dennis C. Pfannenschmidt, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Judgments of sentence affirmed.